IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 11 PM 3: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JESSE JAMES SMITH,

   Plaintiff,

vs.          No. 05-2517-Ml/V

SHELBY COUNTY, et al.,

   Defendants.

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Assessing Filing Fee, Order of Dismissal, Order Certifying Appeal Not Taken in Good Faith, Order Assessing Appellate Filing Fee, Order Reaffirming Previous Sanctions, and Order Imposing Monetary Sanction of $250, entered October _11_, 2005, this case is DISMISSED.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

_Oct. 11, 2005_
Date

**THOMAS M. GOULD**
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10-12-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02517 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Jesse James Smith
SHELBY COUNTY CORRECTIONAL COMPLEX
23572
1045 Mullins Station Road
Memphis, TN 38134

Honorable Jon McCalla
US DISTRICT COURT